**MAXINE MILLER, as executrix of the Estate of Glennah T. Murphrey, deceased, et al., v. JOHN W. PARKER, et al.**

15 So. (2nd) 419                                    June Term, 1943
October 22, 1943                                    Division A
Rehearing Denied November 16, 1943

*M. A. Rosin,* for appellants.
*Hugh Gilbert Jones,* for appellees.

PER CURIAM:

The record and briefs have been duly considered and finding no error in the record the decree is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.